IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

GIBSON GUITAR CORP.              )
                                 )
v.                               ) NO. 3:05-0240
                                 ) JUDGE CAMPBELL
DAVE LEVINE d/b/a 17th STREET    )
GUITARS                          )

ORDER

Pending before the Court is Defendant's Motion for Judgment on the Pleadings (Docket No. 9). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and this action is DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE